No. 67863.—Flemat Co. and Wheeler & Miller *v.* United States, protest 62/13046 (San Francisco).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as "tempo" brand handkerchiefs, impregnated, does not contain alcohol and consists of paper, cut to tissue size, the claim of the plaintiffs was sustained.